ACCEPTED
01-14-00477-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/25/2015 12:22:33 PM
CHRISTOPHER PRINE
CLERK

# No. 01-14-00477-CR

In the

## Court of Appeals

For the

## First District of Texas

At Houston

———————◆———————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/25/2015 12:22:33 PM
VOID K
CHRISTOPHER A. PRINE
Clerk

### No. 1365724

In the 174th District Court
Of Harris County, Texas

———————◆———————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/26/2015 11:30:00 AM
CHRISTOPHER A. PRINE
Clerk

## KEN SCRIPA

*Appellant*

V.

## THE STATE OF TEXAS

*Appellee*

———————◆———————

## STATE'S FINAL MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS:**

THE STATE OF TEXAS, pursuant to Tex. R. App. P. 10.1, 10.5(b) & 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1. Appellant was charged with the felony offense of sexual assault. He was found guilty and sentenced to 10 years imprisonment.

2. The State's brief was due on January 21, 2015, after two extensions. The State's seeks a final extension of 5 days, until January 26, 2015, to file its brief.

3. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until January 26, 2015.

Respectfully submitted,

/s/ *Jessica Akins*

JESSICA AKINS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
State Bar Number: 24029415

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on January 25, 2015, a copy of the foregoing was served upon appellant's counsel:

Gerald Fry
Attorney at Law
jerryfry@hal-pc.org

/s/ *Jessica Akins*

JESSICA AKINS
Assistant District Attorney, Harris County